| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>KIM ROGERS,<br><br>            Defendant. | No. 2:15-cr-00016-MCE<br><br>**NON-RELATED CASE ORDER** |
| KIM EDWARD ROGERS,<br><br>            Plaintiff,<br><br>       v.<br><br>M. RICHARD, CHP Captain Commander, et al.,<br><br>            Defendants. | No. 2:17-cv-00149-JAM-GGH PS |
| KIM EDWARD ROGERS,<br><br>            Plaintiff,<br><br>       v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | No. 2:17-cv-01643-KJM-DB PS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 1,500 OPTICAL DISCS, etc.,<br><br>Defendant. | No. 2:14-sw-00685-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEN USB FLASH DRIVES, etc.,<br><br>Defendant. | No. 2:14-sw-00686-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EIGHTEEN 8MM VIDEOTAPES, etc.,<br><br>Defendant. | No. 2:14-sw-00687-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE USB FLASH DRIVE, CRUZER GLIDE, etc.,<br><br>Defendant. | No. 2:14-sw-00688-CKD-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIM EDWARD ROGERS,<br><br>Defendant. | No. 2:15-mj-00001-DAD-1 |

| | |
|---|---|
| 1 | The Court has received the Notice of Related Cases filed on January 26, 2018. |
| 2 | <u>See</u> E.D. Cal. Local Rule 123.  The Court has determined, however, that it is |
| 3 | inappropriate to relate or reassign the cases, and therefore declines to do so. |
| 4 | This Order is issued for informational purposes only, and shall have no effect on |
| 5 | the status of the cases, including any previous Related (or Non-Related) Case Order of |
| 6 | this Court. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: January 31, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE